IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION.

FILED

MAR 12 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

WALTER H. PRICE

      PLAINTIFF

V.

NAME UNKNOWN, DISTRICT
ATTORNEY OF KINNEY COUNTY,
TEXAS, IN HIS OR HER OFFICIAL CAPACITY.
AND NAME UNKNOWN, DISTRICT COURT
JUDGE 63rd OF KINNEY, COUNTY,
TEXAS, IN HIS OR HER OFFICIAL CAPACITY.

CIVIL ACTION NO.
2:24-CV-004

PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT

TO THE HONORABLE COURT HERE COMES NOW WALTER H. PRICE, THE PLAINTIFF IN THE ABOVE STYLED CAUSE NUMBER TO FILE THIS MOTION FOR DEFAULT JUDGEMENT. AND WOULD LIKE TO SHOW THE FOLLOWING.

I.

THIS CAUSE OF ACTION ARISES OUT OF IMMIGRATION AND NATIONALITY ACT 8. U.S.C. 1324 a ii

II.

THIS LAWSUIT WAS FILED ON JANUARY 11, 2024, THIS COURT DENIED THE TRO ON JANUARY 12, 2024, THE PLAINTIFF SUMMONS WAS SIGNED BY THE DISTRICT CLERK ON THE 1-29-24. AND SENT BACK TO THE PLAINTIFF. THE PLAINTIFF THEN SENT OF THE SUMMONS & A COPY OF THE ORIGINAL COMPLAINT ON FEBRUARY 1, 2024, TO THE D.A. OF KINNEY COUNTY. Proof of Service was sent to this Court District Clerk



AND THE DISTRICT COURT JUDGE OF THE 63rd ON FEBUARY 1, 2024 BY U.S. FIRST CLASS MAIL AND THE D.A. OF KINNEY COUNTY, TEXAS SENT THE LETTER BACK AS RETURN TO SENDER (PLEASE LETTER AS EVEDENCE AND COPY OF LETTER) BUT THE DISTRICT JUDGE OF THE 63rd DISTRICT COURT OF KINNEY COUNTY, TEXAS RECIEVE IT.

THE PLAINTIFF RECIEVED THE RETURN TO SENDER LETTER WHICH CONTAINED THE SUMMONS AND COMPLAINANT ON FEBUARY 8, 2024, FROM THE D.A, AND HE KNOWS THE DISTRICT JUDGE HAD RECIEVED IT.

TODAY IS MARCH 8, 2024 AND THE PLAINTIFF NOR HAS THE COURT RECIEVED AN ANSWER FROM THE DEPENDANT THE DISTRICT JUDGE OF 63rd DISTRICT COURT HAS SERVED AN ANSWER OR MOTION UNDER RULE 12 OF THE FED. RULES OF CIVIL PROCEDURE. ON EACH SUMMONS THE DEPENDANT IS WARIED " IF YOU FAIL TO DO SO, JUDGEMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR RELIEF DEMANDED IN THE COMPLAINT " PLAINTIFF NOW REQUESTS DEFAULT JUDGEMENT

WHEREAS PREMISES CONSIDERED, THE PLAINTIFF RESPECTFULLY REQUEST TO THIS COURT, THAT IT DOES GRANT HER REQUEST FOR DEFAULT JUDGEMENT AGAINST THE NAME UNKNOWN, DISTRICT COURT JUDGE, 63rd OF KINNEY COUNTY, TEXAS, IN HIS OR HER OFFICIAL CAPACITY, DUE TO LACK OF ANSWER AS IS ALLOWED TO THE FEDERAL RULES OF CIVIL PROCEDURE, AND IN SUCH GRANT THE PLAINTIFF'S REQUESTED RELIEF.

Respectfully Submitted

WALTER H. PRICE
PLAINTIFF, PRO SE
DOLPH BRISCOE UNIT
1454 W. HWY 85
DILLEY, TEXAS 78017

Certificate of Serivice.

I, WALTER H. PRICE, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION FOR DEFAULT JUDGEMENT WAS SENT TO THE DEFENDANT, NAME UNKNOWN, DISTRICT COURT JUDGE OF 63rd KINNEY COUNTY, TEXAS IN HIS OR HER OFFICIAL CAPACITY, BY U.S MAIL. POSTAGE FIRST CLASS TO 100 E. BROADWAY ST, DEL RIO TEXAS 78840.

THIS WAS SENT ON THE 8th DAY OF MARCH, 2024

Walter Price

WALTER H. PRICE
PLAINTIFF, PRO SE.

**CERTIFIED MAIL**

7021 2720 0002 4285 5324

U.S. POSTAGE PAID
FCM LETTER
DILLEY, TX 78017
MAR 08, 2024

$0.00

R2305K133712-7

78840

MAITEL W. PACE CF# 00140043
DOLPH BRISCOE
1459 W. HWY. 85
XA5 78617

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
111 E. BROADWAY, SUITE
DEL RIO, TX 78840

RECEIVED
MAR 12 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

WALTER PRICE, CF# 00140043

DOLPH BRISCOE
1459 W. HWY. 85
DILLEY, TEXAS 78017

LEGAL MAIL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
2 FEB 2024 PM 4 L



DISTRICT ATTORNEY OF KINNEY COUNTY, TEXAS
IN HIS/HER OFFICIAL SOME CAPACITY

NIXIE           782  DE  1         0002/07/24
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 78017460259      *2210-03832-02-46