FILED

JUN 1 8 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

WALTER H. PRICE, §
       **Plaintiff,** §
 §
**v.** §
 §    **Civil Action No.**
NAME UNKNOWN, DISTRICT §    **2:24-CV-4-AM**
ATTORNEY OF KINNEY COUNTY, §
TEXAS, in his or her official capacity, §
and NAME UNKNOWN, DISTRICT §
COURT JUDGE 63rd OF KINNEY §
COUNTY, TEXAS, in his or her §
official capacity, §
       **Defendants.** §

## ORDER

**IT IS ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** because the Plaintiff failed to notify the Court of an apparent change of his address. Such a failure to notify constitutes a lack of prosecution under Federal Rule of Civil Procedure 41(b). *See, e.g.*, *Hossen v. Garland*, No. SA-20-CV-01229-XR, 2021 WL 2878556, at *2 (W.D. Tex. Apr. 16, 2021).

**IT IS FURTHER ORDERED** that the preliminary injunction motion [ECF No. 1] and default judgment motion [ECF No. 19] be **DENIED WITHOUT PREJUDICE** as moot.

SIGNED and ENTERED on this 18th day of June, 2024.

ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE